UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KIMBERLY-CLARK CORPORATION

               vs.                                Civil/Criminal Action No.___3:18cv02_____

MCKESSON MEDICAL-SURGICAL INC.
ET AL.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

       Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff <u>KIMBERLY-CLARK CORPORATION</u>** in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

    *Kimberly-Clark Corporation owns approximately 48% of Kimberly-Clark de Mexico, S.A.B. de C.V., a Mexican public company.*

January 2, 2018

/s/ Jeffrey S. Rosenberg_____
Jeffrey S. Rosenberg (VA 85011)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955.8500
Facsimile: (202) 467.0539
JSRosenberg@gibsondunn.com

Timothy W. Loose
   (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229.7000
Facsimile: (213) 229.7520
TLoose@gibsondunn.com

Attorneys for Plaintiff
KIMBERLY-CLARK CORPORATION