IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KIMBERLY-CLARK CORPORATION,

    Plaintiff,

v.                               Civil Action No. 3:18cv2

McKESSON MEDICAL-SURGICAL INC.,
et al.,

    Defendants.

**ORDER**

Having considered the STIPULATED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 22) filed by the defendants, and the plaintiff having no objection thereto, it is hereby ORDERED that the STIPULATED MOTION FOR SECOND EXTENSION TO RESPOND TO COMPLAINT (ECF No. 22) is granted. It is further ORDERED that the defendants, McKesson Medical-Surgical Inc., Victor Bakkar, Clare Medical, Inc., and Herbert A. Toms III, shall file their Answers and any other motions with respect to the Complaint by March 26, 2018. No further extension will be permitted.

    It is so ORDERED.

                                              /s/      REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: March 9, 2018