**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC., VICTOR BAKKAR, CLARE MEDICAL, INC., HERBERT A. TOMS III,<br><br>Defendants. | Civil Action No. 3:18-cv-00002-REP |

**DEFENDANTS MCKESSON MEDICAL-SURGICAL INC. AND VICTOR BAKKAR'S MOTIONS TO DISMISS WITH PREJUDICE COUNTS III-XI OF PLAINTIFF KIMBERLY-CLARK'S COMPLAINT AND TO STRIKE ITS REQUEST FOR PUNITIVE DAMAGES**

Defendants McKesson Medical-Surgical Inc. and Victor Bakkar ("McKesson Defendants") hereby move this Court to dismiss Counts III-XI of Plaintiff's Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The McKesson Defendants further move the Court for an order striking Plaintiff's request for punitive damages.

The grounds for these Motions are set forth in the accompanying memorandum in support.

Dated: March 26, 2018

Respectfully submitted,

/s/ Pierre Hines
Pierre Hines (VSB No. 89251)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW

Clara J. Shin (*pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111

Telephone: (415) 591-7058
Facsimile: (415) 591-6091
cshin@cov.com

Washington, DC 20001
Telephone: (202) 662-5239
Facsimile: (202) 778- 5239
PHines@cov.com

Megan A. Crowley (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5112
Facsimile: (202) 778-5112
mcrowley@cov.com

*Counsel for McKesson Medical-Surgical Inc. and Victor Bakkar*