**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>*Plaintiff*<br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC.;<br>VICTOR BAKKAR; CLARE MEDICAL,<br>INC.; and HERBERT A. TOMS III,<br><br>*Defendants* | Case No. 3:18-cv-00002<br><br>Hon. Robert E. Payne |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CLARE MEDICAL, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1(A)(1), Defendants Clare Medical, Inc. makes the following disclosures:

1. Clare Medical, Inc. has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public, and there is no publicly held corporation owning 10% or more of its stock.

2. Clare Medical, Inc.'s sole shareholder is MDR Specialty Distribution Corp., a Virginia corporation.

Respectfully submitted,

/s  Thomas G. Connolly
Thomas G. Connolly
(Virginia State Bar No. 29164)
Harris, Wiltshire & Grannis LLP
1919 M. Street, N.W. 8th Floor
Washington, D.C.  20036-3537
Telephone:  (202) 730-1301
tconnolly@hwglaw.com

Michael P. Coakley (admitted *pro hac vice*)
Conor T. Fitzpatrick (admitted *pro hac vice*)
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI  48226
Telephone: (313) 963-6420
Coakley@millercanfield.com
Fitzpatrick@millercanfield.com

*Counsel for Defendants Clare Medical, Inc. and Herbert A. Toms III*

Dated:  March 26, 2018

## CERTIFICATE OF SERVICE

I certify that on this March 26, 2018, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system which will serve all counsel of record.

/s/     Thomas G. Connolly
Thomas G. Connolly (VSB No. 29164)
Harris, Wiltshire & Grannis, LLP
1919 M. Street, N.W. 8th Floor
Washington, D.C.  20036-3537
Telephone:  (202) 730-1301
tconnolly@hwglaw.com

31129893.1\157275-00001