# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC.,<br>VICTOR BAKKAR, CLARE MEDICAL, INC.,<br>and HERBERT A. TOMS III,<br><br>   Defendants. | Civil Action No.  3:18-cv-02 |

## NOTICE

Plaintiff Kimberly-Clark Corporation ("K-C"), by and through its undersigned attorneys, hereby notifies the Court of the following:

1. On April 5, 2018, K-C filed a Consent Motion requesting additional time to respond to Defendants' motions to dismiss and file an amended complaint. (Dkt. #31.) The Court has not yet ruled on K-C's Consent Motion, meaning that K-C's deadline to file a response is today, April 9, 2018. K-C will not file a response to Defendants' motions to dismiss at this time for the following reasons.

2. With respect to the Motion to Dismiss filed by McKesson Medical-Surgical Inc. and Victor Bakkar (collectively, "McKesson") (Dkt. #24), K-C has reached a settlement in principle with McKesson and K-C and McKesson anticipate that K-C's claims against McKesson will be dismissed shortly, which will moot McKesson's Motion to Dismiss.

3. With respect to the Motion to Dismiss filed by Clare Medical, Inc., and Herbert A. Toms III (collectively, "Clare") (Dkt. #25), K-C has had initial settlement discussions with Clare and, if those discussions prove unsuccessful and K-C's Consent Motion is not granted with

respect to the request for an extension of time to file an amended complaint, K-C intends to file an amended complaint on April 16, 2018, which will moot Clare's Motion to Dismiss.

4. Given this procedural posture, K-C respectfully submits that it should not be required to file a brief at this time and, in not doing so, does not waive its opposition to Defendants' motions to dismiss.

5. K-C maintains the request in its Consent Motion for an extension of the deadlines to file response briefs and an amended complaint.

6. In the event that the Court determines that K-C should file a response to McKesson's and/or Clare's motions to dismiss and that K-C should not be granted an extension of time to file its response briefs, K-C respectfully requests that such briefs be accepted *instanter*, as soon as would be practicable following notice from the Court.

DATED:  April 9, 2018.

    /s/ Jeffrey S. Rosenberg
Jeffrey S. Rosenberg (VA 85011)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
Email: JSRosenberg@gibsondunn.com

Timothy W. Loose (*Pro Hac Vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
Email:  TLoose@gibsondunn.com

        Donald A. Daugherty, Jr. (WI 1017628)
         (*Pro Hac Vice*)
        GODFREY & KAHN, S.C.
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202-5615
        Telephone: (414) 273-3500
        Facsimile: (414) 273-5198
        Email: DDaugherty@gklaw.com

        *Attorneys for Plaintiff*
        KIMBERLY-CLARK CORPORATION

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 9th day of April, 2018, I electronically transmitted the enclosed Notice to the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Pierre Claude Hines (VA 89251)
Megan Crowley (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
PHines@cov.com
MCrowley@cov.com

Clara Jihye Shin (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
CShin@cov.com

Attorneys for Defendants
MCKESSON MEDICAL-SURGICAL INC.
and VICTOR BAKKAR

Thomas Gerard Connolly (VA 29164)
HARRIS WILTSHIRE & GRANNIS LLP
1919 M. St. NW, 8th Floor
Washington, DC 20036
TConnolly@wiltshiregrannis.com

Michael Patrick Coakley (*Pro Hac Vice*)
Connor Terrence Fitzpatrick (*Pro Hac Vice*)
MILLER CANFIELD PADDOCK & STONE PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226
Coakley@millercanfield.com
Fitzpatrick@millercanfield.com

Attorneys for Defendants
CLARE MEDICAL, INC. and
HERBERT A. TOMS III

DATED: April 9, 2018

                                                /s/ Jeffrey S. Rosenberg
                                                Jeffrey S. Rosenberg (VA 85011)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
JSRosenberg@gibsondunn.com

*Attorneys for Plaintiff*
KIMBERLY-CLARK CORPORATION