AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Kimberly-Clark Corporation

*Plaintiff(s)*

v.

Civil Action No. 3:18-cv-00002-REP

McKesson Medical-Surgical Inc.; Victor Bakkar; Clare Medical, Inc.; MDR Specialty Distribution Corporation; Venuity Corporation; and Herbert A. Toms III

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* **MDR Specialty Distribution Corporation**
PO Box 208
Williamsburg, VA 23187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Jeffrey S. Rosenberg | Timothy W. Loose |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue, N.W. | 333 South Grand Avenue |
| Washington, D.C. 20036-5306 | Los Angeles, CA 90071-3197 |
| Telephone: (202) 955.8500 | Telephone: (213) 229.7000 |
| JSRosenberg@gibsondunn.com | TLoose@gibsondunn.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2018

*Signature of Clerk or Deputy Clerk*