AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Kimberly-Clark Corporation<br>*Plaintiff(s)*<br>v.<br>McKesson Medical-Surgical Inc.; Victor Bakkar; Clare Medical, Inc.; MDR Specialty Distribution Corporation; Venuity Corporation; and Herbert A. Toms III<br>*Defendant(s)* | Civil Action No. 3:18-cv-00002-REP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* **Venuity Corporation**
230 Enterprise Drive
Newport News, VA 23603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey S. Rosenberg          Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP   GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.  333 South Grand Avenue
Washington, D.C. 20036-5306    Los Angeles, CA 90071-3197
Telephone: (202) 955.8500      Telephone: (213) 229.7000
JSRosenberg@gibsondunn.com     TLoose@gibsondunn.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/24/2018

*Signature of Clerk or Deputy Clerk*