

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIMBERLY-CLARK CORPORATION,

    Plaintiff,

v.                                Civil Action No. 3:18cv2

CLARE MEDICAL, INC.,
et al.,

    Defendants.

**ORDER**

The parties having filed a JOINT NOTICE OF SETTLEMENT (ECF No. 72) representing that the disputes in this action have been settled, it is hereby ORDERED that the parties shall file, by July 31, 2018, a Stipulation of Dismissal. A motion for extension shall be filed before July 31, 2018 if additional time is necessary.

It is further ORDERED that CLARE MEDICAL DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (ECF No. 68) is denied as moot.

It is so ORDERED.

                                                  /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: July 18, 2018