IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| KIMBERLY-CLARK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  3:18cv02 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARE MEDICAL, INC.; MDR SPECIALTY DISTRIBUTION CORPORATION; VENUITY CORPORATION; and HERBERT A. TOMS III, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND JOINT MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kimberly-Clark Corporation ("Kimberly-Clark") and Defendants Clare Medical, Inc., MDR Specialty Distribution Corporation, Venuity Corporation, and Herbert A. Toms, III (collectively, the "Clare Medical Defendants"), that this action against the Clare Medical Defendants shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.  Kimberly-Clark and the Clare Medical Defendants expressly condition this dismissal upon the Court entering an order retaining jurisdiction to enforce the terms of the settlement agreement, as requested herein.

Kimberly-Clark and the Clare Medical Defendants have entered into a settlement agreement which has resolved all issues and controversies to their mutual satisfaction.  The parties jointly request that the Court enter the attached order dismissing this suit with prejudice without costs, interest, or attorney fees awarded to either party, and retaining jurisdiction solely

for the purpose of enforcing the parties' settlement agreement.

A proposed order is attached.

Dated: July 30, 2018

| | |
|---|---|
| /s/ Jeffrey S. Rosenberg | /s/ Thomas G. Connolly |
| Jeffrey S. Rosenberg (VA 85011) | Thomas G. Connolly (VA 29164) |
| GIBSON, DUNN & CRUTCHER LLP | Steven A. Fredley (VA 88164) |
| 1050 Connecticut Avenue, N.W. | HARRIS WILTSHIRE & GRANNIS LLP |
| Washington, DC 20036-5306 | 1919 M. St. NW, 8th Floor |
| Telephone: (202) 955-8500 | Washington, DC 20036 |
| Facsimile: (202) 467-0539 | TConnolly@wiltshiregrannis.com |
| Email: JSRosenberg@gibsondunn.com | SFredley@hwglaw.com |
| | |
| Timothy W. Loose | Michael P. Coakley (*Pro Hac Vice*) |
| (*Pro Hac Vice* forthcoming) | Connor T. Fitzpatrick (*Pro Hac Vice*) |
| GIBSON, DUNN & CRUTCHER LLP | MILLER CANFIELD PADDOCK & STONE |
| 333 South Grand Avenue | PLC |
| Los Angeles, CA 90071-3197 | 150 West Jefferson, Suite 2500 |
| Telephone: (213) 229-7000 | Detroit, MI 48226 |
| Facsimile: (213) 229-7520 | Coakley@millercanfield.com |
| Email: TLoose@gibsondunn.com | Fitzpatrick@millercanfield.com |
| | |
| Donald A. Daugherty, Jr. (*Pro Hac Vice*) | *Attorneys for Defendants* |
| GODFREY & KAHN, S.C. | CLARE MEDICAL, INC., MDR SPECIALTY |
| 833 East Michigan Street, Suite 1800 | DISTRIBUTION CORPORATION, VENUITY |
| Milwaukee, WI 53202-5615 | CORPORATION, and HERBERT A. TOMS III |
| Telephone: (414) 273-3500 | |
| Facsimile: (414) 273-5198 | |
| Email: DDaugherty@gklaw.com | |
| | |
| *Attorneys for Plaintiff* | |
| KIMBERLY-CLARK CORPORATION | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 30, 2018, I electronically transmitted the enclosed Joint Stipulation of Dismissal using the CM/ECF system for filing and transmittal to the follow ECF Registrants:

Pierre Claude Hines (VA 89251)
Megan Crowley (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
PHines@cov.com
MCrowley@cov.com

Clara Jihye Shin (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
CShin@cov.com

*Attorneys for Defendants*
MCKESSON MEDICAL-SURGICAL INC.
and VICTOR BAKKAR

Thomas G. Connolly (VA 29164)
Steven A. Fredley (VA 88164)
HARRIS WILTSHIRE & GRANNIS LLP
1919 M. St. NW, 8th Floor
Washington, DC 20036
TConnolly@wiltshiregrannis.com
SFredley@hwglaw.com

Michael P. Coakley (*Pro Hac Vice*)
Connor T. Fitzpatrick (*Pro Hac Vice*)
MILLER CANFIELD PADDOCK & STONE PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226
Coakley@millercanfield.com
Fitzpatrick@millercanfield.com

*Attorneys for Defendants*
*CLARE MEDICAL, INC., MDR SPECIALTY*
*DISTRIBUTION CORPORATION, VENUITY*
*CORPORATION, and HERBERT A. TOMS III*

DATED:  July 30, 2018

/s/ Jeffrey S. Rosenberg
Jeffrey S. Rosenberg (VA 85011)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
JSRosenberg@gibsondunn.com

Attorney for Plaintiff
KIMBERLY-CLARK CORPORATION