IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18cv02 |
| ) | |
| v. ) | |
| ) | |
| CLARE MEDICAL, INC.; MDR ) | |
| SPECIALTY DISTRIBUTION ) | |
| CORPORATION; VENUITY ) | |
| CORPORATION; and HERBERT A. TOMS ) | |
| III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

F I L E D
AUG - 2 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## ~~PROPOSED~~ ORDER OF DISMISSAL

Having reviewed the Joint Stipulation of Dismissal with Prejudice and Joint Motion to Retain Jurisdiction to Enforce Settlement Agreement, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE without costs.

The Court hereby retains jurisdiction solely for purposes of enforcing the settlement agreement between Plaintiff Kimberly-Clark Corporation and Defendants Clare Medical, Inc., MDR Specialty Distribution Corporation, Venuity Corporation, and Herbert A. Toms III.

It is so ORDERED.

Dated: August 2, 2018

/s/ REP
Hon. Robert E. Payne
United States District Judge